IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-OES

REV. DEREK W. BARRINGER, Ph.D.,

    Plaintiff,

v.

WACKENHUT SERVICE INC., and
PAROLE BOARD OF THE STATE OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Plaintiff Reverend Derek W. Barringer, Ph.D., is in custody of the Jefferson County Detention Facility at Golden, Colorado. On March 21, 2005, Plaintiff submitted to the Court a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. The Court, on August 16, 2005, directed Plaintiff to file an Amended Complaint and the Clerk of the Court to send to Plaintiff a Court-approved form used for filing a prisoner complaint with the Court.

On August 23, the August 16 Order and complaint forms were returned to the Court. The envelope was stamped "Return to Sender," "Attempted, Not Known," and "No Longer Here." On September 14, Plaintiff, nonetheless, filed a document titled "Amended Complaint" but failed to file the Amended Complaint on a Court-approved form.

Even though the Amended Complaint fails to provide all the information required by the Court, the Court will direct Plaintiff to file a Second Amended Complaint,

because it is not clear that Plaintiff received the August 16 Order. Plaintiff is instructed, however, that in the future he is responsible for informing the Court of any address change within ten days after the change occurs. See D.C.COLO.LCivR10.1M.

Plaintiff should take note that an amended complaint supersedes the original complaint. See *Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Fogarty*, 705 F.2d 676 (2d Cir. 1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, Federal Practice and Procedure § 1476 (1990). Plaintiff's Second Amended Complaint must contain all the alleged claims, the request for relief, and a listing of all of the named Defendants, in other words, all information requested on the Court-approved Prisoner Complaint form. The Second Amended Complaint also must comply with the Court's August 16 Order. Accordingly, it is

ORDERED that Plaintiff file, **within thirty (30) days from the date of this Order**, an original and a copy of a Second Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Second Amended Complaint shall be titled, "Second Amended Prisoner Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff a copy of this Order, a copy of the August 16 Order, and two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff shall file his claims on a Court-approved Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff submit sufficient copies of the Second Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Plaintiff fails to file, **within thirty (30) days from the date of this Order**, an original and sufficient copies of a Second Amended Complaint that complies, to the satisfaction of the Court, with this Order the action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court shall amend the Docket to include the Plaintiff's new mailing address that he provided in the Amended Complaint filed September 14, 2005.

DATED at Denver, Colorado, this 26th day of September, 2005.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00576-OES

Derek W. Barringer, Ph.D
Reg. NO. 998164
Jefferson County Det. Facility
P.O. Box 16700
Golden, CO  80402

    I hereby certify that I have mailed a copy of the **ORDER a copy of the August 16 Order and two copies of Prisoner Complaint** to the above-named individuals on 9/26/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk