IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00576-PSF-OES

DEREK W. BARRINGER,

    Plaintiff,

v.

WACKENHUT SERVICE, INC., and
JOHN DOE, Officer for Wackenhut,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: October 25, 2005

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00576-PSF-OES

Derek W. Barringer
Prisoner No. 998164
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402-6011

US Marshal Service
Service Clerk
Service forms for: Wakenhut Services, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The U.S. Marshal Service for process of service on Wakenhut Service, Inc.: SECOND AMENDED COMPLAINT FILED 10/7/05, SUMMONS, AND CONSENT FORM on 10/27/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk