IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-OES

DEREK W. BARRINGER,

Plaintiff(s),

vs.

WACKENHUT SERVICE, INC., et al.,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 26, 2005

      Because Mr. Barringer has been indicted for threats made against me, I hereby recuse myself.  This matter is returned to the Clerk for the purposes of drawing another magistrate judge.

      Dated at Denver, Colorado, this day of:  October 26, 2005

                                               BY THE COURT:

                                               s/ O. Edward Schlatter

                                               _____

                                               O. Edward Schlatter
                                               United States Magistrate Judge