IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
      Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
      Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

      This civil action comes before the court on: (1) Barringer's Motion to Set Hearing

for Various Motions (filed November 8, 2005) (doc. # 28); Barringer's second request

for hearing "for all Pending Motions" (filed November 8, 2005) (doc. # 29); and (3)

Barringer's request for "Waiver of Photo Copy Fees" (filed November 8, 2005) (doc. #

30).  Pursuant to the Amended Order of Reference dated November 2, 2005 (doc. #

22) and the memoranda dated November 8, 2005 (docs. # 31, # 32, and # 33), these

matters were referred to the Magistrate Judge.  The court has reviewed the pending

matters, the entire case file, and the applicable law and is sufficiently advised in the

premises.

      First, while Barringer has been permitted to proceed *in forma pauperis* pursuant

to 28 U.S.C. § 1915, § 1915 does not relieve Barringer of the other financial

obligations of litigation.  The court has no authority to waive photocopying fees for

1

Barringer.

Second, the court sees no need to hold a hearing on Barringer's "Motion for Order of Change of Defendant's Address" or Barringer's "Motion to Amend Defendant Name."  Barringer's "Motion for Order of Change of Defendant's Address" and Barringer's "Motion to Amend Defendant Name" have already been noted in the record in this case.  Pursuant to D.C. COLO. LCivR 7.1 G., a "motion may be decided on the papers unless oral argument, *at the court's discretion*, is ordered."  (Emphasis added).

Accordingly, IT IS ORDERED that:

1.      Barringer's "Motion to Set Hearing for Various Motions" (filed November 8, 2005) (doc. # 28) is DENIED.

2.      Barringer's second request for hearing "for all Pending Motions" (filed November 8, 2005) (doc. # 29) is DENIED.

3.      Barringer's request for "Waiver of Photo Copy Fees" (filed November 8, 2005) (doc. # 30) is DENIED.

DATED at Denver, Colorado, this 10th day of November, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

2