IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Barringer's "Motion for Order of the Court for the Plaintiff to Turn Over Financial Statements" (filed November 29, 2005) (doc. # 35). Pursuant to the Amended Order of Reference dated November 2, 2005 (doc. # 22) and the memorandum dated November 30, 2005 (doc. # 36), this matter was referred to the Magistrate Judge. The court has reviewed the pending matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Barringer asks the court to "direct the listed parties to provide a copy of there [sic] financial statements" to enable him "to know what their net worth and liabilities is . . . to be able to prepare fore a jury trial and to be able to set a reasonable offer would be [sic]." However, a computation of Barringer's damages must be based on the evidence of the nature and extent of injuries suffered, not on Defendants' net worth. *See, e.g.,* Fed. R. Civ. P. 26(a)(1) (defendant is entitled to a specific computation of

1

plaintiff's damages, and is entitled to have made available for inspection and copying the documents and other evidentiary material on which such computation is based).

Accordingly, IT IS ORDERED that Barringer's "Motion for Order of the Court for the Plaintiff to Turn Over Financial Statements" (filed November 29, 2005) (doc. # 35) is DENIED.

DATED at Denver, Colorado, this 1st day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge