IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
  Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
  Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

  This civil action comes before the court on Plaintiff Barringer's "Motion for Court to Order the Dismissal of Above Case" (filed December 19, 2005) (doc. # 44). Pursuant to the Order of Reference dated October 25, 2005 and the Amended Order of Reference dated November 2, 2005 this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." The court has reviewed Barringer's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

  Barringer seeks to voluntarily dismiss this civil action without prejudice. "Rule 41(a)(1) provides that ⊲an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an

answer or of a motion for summary judgment.' " *Janssen v. Harris*, 321 F.3d 998, 1000

(10th Cir. 2003).  No answer or motion for summary judgment have been filed in this

civil action.

"The filing of a notice of dismissal pursuant to Rule 41(a)(1)(I) does not require

an order of the court." *Janssen*, 321 F.3d at 1000 (citation omitted).  *See also Marex*

*Titanic, Inc. v. The Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993)

(stating voluntary dismissal is "self-executing, *i.e.,* it is effective at the moment the

notice is filed with the clerk and no judicial approval is required").  Accordingly,

IT IS ORDERED that Plaintiff Barringer's "Motion for Court to Order the

Dismissal of Above Case" (filed December 19, 2005) (doc. # 44) shall be treated as a

notice of dismissal pursuant to Rule 41(a)(1)(I), voluntarily dismissing this civil action.

All other pending motions, *e.g.* doc. # 24, are thus moot.

DATED at Denver, Colorado, this 19th day of December, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge