IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,

        Plaintiff,

v.

WACKENHUT SERVICE, INC., and
JOHN DOE OFFICER FOR WACKENHUT,

        Defendants.

# ORDER TO CURE DEFICIENCY

Figa, Judge

    Plaintiff submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 on January 13, 2006. Plaintiff also has filed a Notice with the court stating that he has tried to "recive [sic] a certifyed [sic] copy of [his] account balace [sic]." Nonetheless, the court has determined that the Motion is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    ___ is not submitted

**(B)** **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___ is not submitted
    ___ is missing affidavit
    X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___ is missing required financial information
    ___ is missing an original signature by the prisoner

1

  ___ is not on proper form
  ___ other_____

Accordingly, it is

  ORDERED that plaintiff shall request an account statement from the prison officials and if he is denied a certified copy of the statement he shall provide to the Court written verification from the prison officials stating why they will not provide him with the statement. It is

  FURTHER ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this 18th day of January, 2006.

           BY THE COURT:

           *s/ Phillip S. Figa*

           _____
           JUDGE, UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO