IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-00576-PSF-CBS

DEREK W. BARRINGER,

    Plaintiff,

v.

WACKENHUT SERVICE, INC.,

    Defendant.

**ORDER DIRECTING DENVER COUNTY DIRECTOR OF CORRECTIONS
TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT**

    Plaintiff Derek W. Barringer is incarcerated at the Denver County Jail. On January 6, 2006, he filed a Notice of Appeal and a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. On January 13, 2006, plaintiff filed a Second Motion and Affidavit. He also submitted a Notice that states the jail will not give him a certified copy of his trust fund account statement.

    On January 18, 2006, the Court entered an order directing plaintiff to request a certified copy of his account statement from the jail officials. The January 18 Order further instructed Mr. Barringer that if he was denied a certified copy he was to provide to the Court a written verified statement from the jail officials stating why they will not provide him with the statement. In response to the Court's January 18 Order, Plaintiff Barringer filed a Third Motion and Affidavit to which he attached a statement. In the statement, Plaintiff asserts that the deputies will not provide him with a certified copy of

his trust fund account statement or with a verified statement asserting why they will not provide the statement. Therefore, it is

ORDERED that, **within thirty (30) days from the date of this Order**, the Director of Corrections for the Denver County Jail shall provide the Court with a certified copy of Plaintiff Derek W. Berringer's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the January 6, 2005, initiation of his appeal. It is

FURTHER ORDERED that the Clerk of the Court mail a copy of this Order to Fred J. Oliva, Director of Corrections, Denver County Jail, 10500 East Smith Road, Denver, CO 80239. It is

FURTHER ORDERED that the Clerk of the Court also mail a copy of plaintiff's statement attached to the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, filed January 31, 2006.

DATED: February 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge