IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,

v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 4 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE OF SECOND AMENDED COMPLAINT BY UNITED STATES MARSHAL

---

Pursuant to the Order of Reference dated October 25, 2005 (doc. # 13) and the

Amended Order of Reference dated November 2, 2005 (doc. # 22), this civil action was

referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters,

including discovery and other non-dispositive motions . . . and submit proposed findings

of fact and recommendations for rulings on dispositive motions."

On July 22, 2005, Barringer was granted leave to proceed *in forma pauperis*

without prepayment of fees or pursuant to 28 U.S.C. § 1915. (*See* doc. # 5).

Barringer's Second Amended Complaint (doc. # 10) was filed on October 7, 2005.

Accordingly,

IT IS NOW ORDERED that the Clerk of the Court, where appropriate, shall

attempt to obtain a waiver of service from the Defendant(s) named in the Second

Amended Complaint. Barringer represents that Defendant Wackenhut Company may

be served at 4200 Wackenhut Drive, Palm Beach, Florida 33410.

If a waiver of service cannot be obtained by the Clerk, the United States Marshal

1

shall serve a copy of the Second Amended Complaint (doc. # 10) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that, after service of process on the Defendant(s), the Defendant(s) or counsel for the Defendant(s) shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 22nd day of February, 2006.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-00576-PSF-CBS

Derek W. Barringer
Prisoner No. 998164
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Wakenhut Services, Inc.

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The U.S. Marshal Service for process of service on Wakenhut Service, Inc.: SECOND AMENDED COMPLAINT FILED 10/7/05, SUMMONS, AND CONSENT FORM  on  2/24/06   .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk