IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on several matters pursuant to the Order of Reference dated October 25, 2005, the Amended Order of Reference dated November 2, 2005, and the memoranda dated February 23, 2006. The court has reviewed the matters, the entire case file, and the applicable law and is sufficiently advised in the premises.

1.    On November 8, 2005, the court issued an order denying Barringer's request for appointment of *pro bono* legal counsel. (*See* doc. # 27). The circumstances of this case have not significantly changed since the court previously denied Barringer's request for counsel at no expense to him.

2.    On February 24, 2006, the court issued an order granting service of Barringer's

Second Amended Complaint by the U.S. Marshal. The records in this case do not indicate that any Defendant has yet been served or entered an appearance in this civil action. Barringer's request for documents from Defendant Wackenhut is premature.

3. Barringer has made *ex parte* telephone calls to Magistrate Judge Shaffer's chambers on several occasions. "[A]ll matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys"). D.C. COLO. LCivR 77.2. "No attorney or party shall contact orally a judicial officer regarding any case by telephone, in person, or by any other means, unless all other parties in the matter, or their attorneys, are present or on the telephone." D.C. COLO. LCivR 77.2.

Barringer is reminded that failure to comply with the Local Rules for the District Court for the District of Colorado, the Federal Rules of Civil Procedure, or any court order, may result in dismissal of this case. *See* D.C. COLO. LCivR 41.1.

Accordingly, IT IS ORDERED that:

1. Barringer's "Motion for His Honor to Reconsider His Order Dated 11-08-05 Doc. No: 27" (filed February 23, 2006) (doc. # 76) is DENIED.

2. Barringer's "Request for Order that Wackenhut To Turn Over Exerdition File on Me [sic]" (filed February 23, 2006) (doc. # 78) is DENIED as premature.

3. Barringer is directed that he may not telephone Magistrate Judge Shaffer's chambers. All requests for action by the court shall be made in writing pursuant to the Federal Rules of Civil Procedure and the Local Rules of Practice of the

District Court for the District of Colorado.

DATED at Denver, Colorado, this 28th day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge