IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Barringer's "Motion for Court Order To Go To Law Library" (filed February 28, 2006) (doc. # 84). Pursuant to the Order of Reference dated October 25, 2005 (doc. # 13), the Amended Order of Reference dated November 2, 2005 (doc. # 22), and the memorandum dated February 28, 2006 (doc. # 86), this matter was referred to the Magistrate Judge. The court has reviewed Barringer's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Barringer asks the court to order the U.S. Marshal Service and/or the Denver County Jail to allow him to attend the law library. First, the court does not have the authority to override the policies or regulations governing the jail's law library. Second, the court will entertain any requests for extension of time based on Barringer's constraints in obtaining law books. Third, Barringer's request for access to law books

appears premature, as no Defendant has yet been served or entered an appearance in this civil action. Accordingly,

IT IS ORDERED that Barringer's "Motion for Court Order To Go To Law Library" (filed February 28, 2006) (doc. # 84) is DENIED.

DATED at Denver, Colorado, this 2nd day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge