IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Barringer's request "for Court to Order the Clerk of the Court to Provide a Paper Copy of the Fed. R. Civ. P." (filed March 7, 2006) (doc. # 91). Pursuant to the Order of Reference dated October 25, 2005 (doc. # 13), the Amended Order of Reference dated November 2, 2005 (doc. # 22), and the memorandum dated March 8, 2006 (doc. # 93), this matter was referred to the Magistrate Judge. The court has reviewed Barringer's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Barringer asks the court to provide him a copy of the Fed. R. Civ. P. because he cannot access the court's website to obtain a copy. The Fed. R. Civ. P. is not available on the court's website. The Local Rules of Practice of the United States District Court for the District of Colorado are available on the court's website.

    Accordingly, IT IS ORDERED that:

1. The Clerk of the Court shall mail a paper copy of the Local Rules of Practice of the United States District Court for the District of Colorado to Barringer.

2. Barringer's request "for Court to Order the Clerk of the Court to Provide a Paper Copy of the Fed. R. Civ. P." (filed March 7, 2006) (doc. # 91) is DENIED.

DATED at Denver, Colorado, this 9th day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge