IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

      This civil action comes before the court on: (1) Barringer's "Motion for Order" (filed March 22, 2006) (doc. # 96); and (2) Barringer's "Waiver of Service" (filed March 21, 2006) (doc. # 98) (docketed by the Clerk of the Court as a "Motion for Order for Waiver of Service").  Pursuant to the Order of Reference dated October 25, 2005 (doc. # 13), the Amended Order of Reference dated November 2, 2005 (doc. # 22), and the memoranda dated March 23, 2006 (doc. # 99 and doc. # 100), these matters were referred to the Magistrate Judge.  The court has reviewed the two motions, the entire case file, and the applicable law and is sufficiently advised in the premises.

      First, Barringer notes that a return of service on Defendant Wackenhut Services, Inc. was filed with the court on March 6, 2006 and asks the court to "set a date for the Defendants to respond by [sic]."  Because the Federal Rules of Civil Procedure already address the time for Defendant to respond to Barringer's Second

Amended Complaint, Barringer's request that the court set a date for Defendant to respond is properly denied as unnecessary.

Second, Barringer's request that the "court waive service" is inappropriate.

Accordingly, IT IS ORDERED that:

1.   Barringer's "Motion for Order" (filed March 22, 2006) (doc. # 96) is DENIED as unnecessary.

2.   Barringer's "Waiver of Service" (filed March 21, 2006) (doc. # 98) (docketed by the Clerk of the Court as a "Motion for Order for Waiver of Service") is DENIED as inappropriate.

DATED at Denver, Colorado, this 23rd day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge