IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,

    Plaintiff,

v.

WACKENHUT SERVICES, INC.; and
JOHN DOE OFFICER FOR WACKENHUT,

    Defendants.

_____

**ORDER**
_____

    Plaintiff's Petition for of *Habeas Corpus Ad Prosequendum* [sic] **(Dkt. # 108)** is DENIED.

    The Court will take timely steps to ensure plaintiff's personal presence in court if needed.

    DATED April 25, 2006.

                        BY THE COURT:

                        *s: Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge