IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,
    Plaintiff,
v.

WACKENHUT SERVICES, INC., and
JOHN DOE OFFICER FOR WACKENHUT,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Barringer's "Motion for Leave to Proceed In Forma Pauperis . . ." (filed April 25, 2006) (doc. # 110); and (2) Barringer's "Motion for Status Conference/Motions Hearing" (filed April 25, 2006) (doc. # 111). Pursuant to the Order of Reference dated October 25, 2005 (doc. # 13), the Amended Order of Reference dated November 2, 2005 (doc. # 22), and the memorandum dated April 26, 2006 (doc. # 112), these matters were referred to the Magistrate Judge. The court has reviewed the two motions, the entire case file, and the applicable law and is sufficiently advised in the premises.

    First, the court has previously granted Barringer leave to proceed *in forma pauperis*. (*See* "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of an Initial Partial Filing Fee" (filed July 22, 2005) (doc. # 5)). Thus, Barringer's instant request for leave to proceed *in forma pauperis* is properly

denied as unnecessary.

Second, Barringer asks the court to set a discovery hearing and status conference within 20 days. The court may set hearings as the court deems necessary. The court need not set hearings at the request of parties. Barringer's request that the court set a hearing is properly denied as premature and unnecessary.

Accordingly, IT IS ORDERED that:

1. Barringer's "Motion for Leave to Proceed In Forma Pauperis . . ." (filed April 25, 2006) (doc. # 110) is DENIED as unnecessary.

2. Barringer's "Motion for Status Conference/Motions Hearing" (filed April 25, 2006) (doc. # 111) is DENIED as premature and unnecessary.

DATED at Denver, Colorado, this 26th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge