IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,

    Plaintiff,

v.

WACKENHUT SERVICES, INC.; and
JOHN DOE OFFICER FOR WACKENHUT,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 115), filed May 11, 2006, in which the Magistrate Judge recommends that this Court dismiss this case for failure to comply with 28 U.S.C. § 1915 and three Court Orders. Plaintiff Derek Barringer, appearing *pro se*, filed written objections to the Magistrate Judge's Recommendation on May 19, 2006 (Dkt. # 118). The Court's review of the Magistrate Judge's Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b).

The Magistrate Judge recommends dismissal of this action on the grounds that Mr. Barringer has failed to comply with the requirements of 28 U.S.C. § 1915(b)(1) and (2), which requires a prisoner who brings a civil action *in forma pauperis* to pay the full amount of a filing fee through monthly payments from the prisoner's account. Mr. Barringer's account statement filed on April 25, 2006 (Dkt. # 110) indicates account activity giving rise to an obligation to make payments pursuant to § 1915(b)(2).

Mr. Barringer's Objection claims that the $213.25 reflected on his account statement actually belonged to someone else, and was transferred out of his account. *See* Account Activity Ledger (Dkt. # 110).  Mr. Barringer admits, however, that an amount of $35 was rightfully in his account and gave rise to a duty to make payments pursuant to § 1915(b)(2).  He claims that he needs to pay $20 of the $35.  *See* Objection at 2.  He has failed to make any required payments, but claims he "notified the jailers of the fact that he need[s] to pay" $20 of the $35.  *Id.*

The Court interprets Mr. Barringer's *pro se* submission as a good faith attempt to meet his obligations under § 1915(b)(2).  However, Mr. Barringer must actually make the required payments in order to keep this case pending.  Accordingly, it is

ORDERED as follows:

1. At this time in light of Plaintiff's representations in his Objections, the undersigned DECLINES TO ACCEPT the Recommendation of United States Magistrate Judge (Dkt. # 115), filed May 11, 2006; and

2. Plaintiff must make his required payments pursuant to 28 U.S.C. § 1915(b)(2) within TEN (10) DAYS of his RECEIPT of this Order or show cause demonstrating his good faith efforts to comply and why his case should remain pending; and

3. Failure to comply with number two (2) above shall result in a *sua sponte* dismissal by this Court of this case for failure to comply with 28 U.S.C. § 1915.

DATED: June 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge

2