IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00576-PSF-CBS

DEREK W. BARRINGER,

    Plaintiff,

v.

WACKENHUT SERVICES, INC.; and
JOHN DOE OFFICER FOR WACKENHUT,

    Defendants.

## ORDER

    This matter is before the Court *sua sponte*. On June 28, 2006, this Court issued an Order directing Plaintiff Derek Barringer to make his required payments pursuant to 28 U.S.C. § 1915(b)(2) within ten days of receipt of the Order or show cause demonstrating his good faith efforts to comply and why his case should remain pending. Failure to comply with that direction "shall result in a *sua sponte* dismissal by this Court of this case for failure to comply with 28 U.S.C. § 1915." *See* Order at 2 (Dkt. # 121). No payment or other response to the Order has been received.

    Accordingly, it is hereby ORDERED that this case is DISMISSED for failure to comply with 28 U.S.C. § 1915.

    DATED: July 31, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          Phillip S. Figa
                                          United States District Judge